USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/24/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**PRESENT: HON. KATHERINE H. PARKER, U.S.M.J.**

---------------------------------------------------------------------X

**INDELFONSO MENDEZ,**

                      Plaintiff,         **ORDER TO PRODUCE**
  - against -                               **INDELFONSO MENDEZ (14 A 2631)**
                                              **FOR TELEPHONE CONFERENCE**
                                                   19 CV 2843 (KHP)

**WENDY D. OLVER and FIRST TRANSIT, INC.,**

                      Defendant.

---------------------------------------------------------------------X

      TO: SUPERINTENDENT OF ATTICA CORRECTIONAL FACILITY and THE NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SERVICES:

      **WHEREAS** the above named plaintiff is presently confined at the Attica Correctional Facility of the Department of Corrections of the State of New York under DIN 14 A 2631; and

      **WHEREAS** his attendance will be necessary, in order that he may be appear before this Court at a Settlement Conference in the above matter on January 30, 2020 at 10:30 a.m. in an action pending in the United States District Court in the Southern District of New York, it is hereby

      **ORDERED** that plaintiff Indelfonso Mendez [14 A 2631] is directed to appear on the 30th day of January, 2020 by telephone conference at 10:30 a.m.; and it is further

**ORDERED** that the New York State Department of Corrections and/or the Superintendent of the Attica Correctional Facility, or of any other State Correctional Facility where Indelfonso Mendez may subsequently be confined, produce Indelfonso Mendez [DIN 14 A 2631] at the Attica Correctional Facility, PO Box 149, Attica, NY 14011 on January 30, 2020 at 10:30 a.m. for a settlement conference via telephone conference.

DATED:   January 24, 2020
         New York, New York

_____
HON. KATHERINE H. PARKER, U.S.M.J.

---

**APPLICATION GRANTED:** It is hereby ORDERED that the Warden or other official in charge of the Attica Correctional Facility produce Plaintiff Indelfonso Mendez, DIN 14 A 2631, on **January 30, 2020, no later than 10:30 a.m.**, to a suitable location within the Attica Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and Defendants' counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling (212) 805-0234. Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact Attica Correctional Facility to arrange the call and determine the telephone number at which the Plaintiff will be reachable at the above time and date; and (3) telephone chambers at (212) 805-0234, with the Plaintiff on the line, at the time and date of the conference. The Clerk of Court is requested to mail a copy of this order to the Plaintiff